Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUFFALO EXCHANGE, LTD., an Arizona corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-08521-VAP-MAR<br><br>CLASS ACTION<br><br>Hon. Judge Virginia A. Phillips<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint filed: October 27, 2021<br>Trial Date: Not Set |

Plaintiff Thuy Thanh Alonzo ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class will be filed upon execution of a formal settlement agreement in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: December 20, 2021                                    Respectfully Submitted,

*/s/ Thiago M. Coelho*
Thiago M. Coelho
Binyamin I Manoucheri
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 20, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: December 20, 2021            */s/ Thiago M. Coelho*
                                     Thiago M. Coelho